AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00017 |
| | ) Assigned To : Moxila A. Upadhyaya |
| | ) Assign. Date : 1/18/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Andy Steven Oliva-Lopez, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Andy Steven Oliva-Lopez__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)       (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 231(a)(3)       (Civil Disorder);
18 U.S.C. § 1752(a)(1), (2), and (4) (Disorderly and Disruptive Conduct and Act of Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(F)   (Act of Violence in a Capitol Building or Grounds).

Date: __01/18/2024__

*Issuing officer's signature*

City and state: __Washington, D.C.__     __Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __1/22/2024__, and the person was arrested on *(date)* __1/23/2024__
at *(city and state)* __Milwaukie, OR__.

Date: __1/23/2024__

*Arresting officer's signature*

__Paul Vander Kelen, Special Agent__
*Printed name and title*