**Peyton Lee, OSB #164224**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**peyton_lee@fd.org**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-mj-00017-MAU-1 |
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE |
| v. | |
| ANDY STEVEN OLIVA-LOPEZ, | |
| Defendant. | |

Assistant Federal Public Defender Peyton Lee hereby enters her appearance as attorney of record for defendant, Andy Steven Oliva-Lopez, in the above-referenced matter.

Respectfully submitted this January 31, 2024.

                                                  */s/ Peyton Lee*
                                                  Peyton Lee
                                                  Assistant Federal Public Defender