# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | Case No. 24-mj-017 (MAU) |
| : | |
| ANDY OLIVA-LOPEZ, : | |
| : | |
| Defendant.  : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and she does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

      Respectfully submitted,

      Matthew M. Graves
      United States Attorney
      D.C. Bar No. 481052


By:  */s/ David J. Perri*
      DAVID PERRI
      WV Bar No. 9219
      Assistant United States Attorney - Detailee
      U.S. Attorney's Office for the District of
         Columbia
      601 D Street, N.W.
      Washington, D.C. 20530
      Phone: (304) 234-0100
      e-mail: David.perri@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 12th day of March, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

                        By:  <u>*/s/ David J. Perri*</u>
                             DAVID PERRI
                             WV Bar No. 9219
                             Assistant United States Attorney - Detailee
                             U.S. Attorney's Office for the District of

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-mj-17 (MAU) |
| : | |
| **ANDY OLIVA-LOPEZ,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date:

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE