**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 1:24-mj-00017-MAU-1** |
| **v.** | |
| **ANDY STEVEN OLIVA-LOPEZ,** | |
| **Defendant.** | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME RE: STATUS HEARING**

The defendant, Andy Steven Oliva-Lopez, through his attorney, Peyton Lee, respectfully moves this Court pursuant to Fed. R. Crim. P. 12 and 18 U.S.C. § 3161(h), for an order extending the status hearing in this matter for 60 days, until May 27, 2024, or a date thereafter convenient to the Court.  This motion is unopposed by Assistant United States Attorney David Perri.

Additional time before the status hearing is necessary for counsel and Mr. Oliva-Lopez to obtain discovery from the government and to review that discovery.  Additionally, the parties are exploring the possibility of a pretrial resolution, and more time is needed to engage in those negotiations.

Respectfully submitted this March 26, 2024,

*/s/ Peyton Lee*

Peyton Lee
Assistant Federal Public Defender
District of Oregon
101 SW Main Street, Suite 1700
Portland, OR 97204
(503) 326-2123

1
